FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**09CV02789** BnB

DEC 1 - 2009

GREGORY C. LANGHAM
CLERK

Civil Action No. _____

**(The above civil action number must appear on all future papers
sent to the court in this action. Failure to include this number
may result in a delay in the consideration of your claims.)**

FREDERICK D. DEBERRY,

      Applicant,

v.

BLAKE R. DAVIS,
MICHAEL NALLEY, and
MR. LAPPIN,

      Respondents.

_____

## ORDER DIRECTING CLERK TO COMMENCE CIVIL ACTION AND DIRECTING APPLICANT TO CURE DEFICIENCY

_____

Applicant has submitted a Prisoner's Motion and Affidavit for Leave to Proceed

Pursuant to 28 U.S.C. § 1915 and an Application for a Writ of Habeas Corpus Pursuant

to 28 U.S.C. § 2241. As part of the court's review pursuant to D.C.COLO.LCivR 8.2,

the court has determined that the submitted documents are deficient as described in

this order. Notwithstanding the deficiencies, the clerk of the court will be directed to

commence a civil action. Applicant will be directed to cure the following if he wishes to

pursue his claims. Any papers which the Applicant files in response to this order must

include the civil action number on this order.

**28 U.S.C. § 1915 Motion and Affidavit:**
(1)    ___    is not submitted
(2)    ___    is missing affidavit
(3)    ___    is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing
(4)    ___    is missing certificate showing current balance in prison account
(5)    ___    is missing required financial information
(6)    ___    is missing an original signature by the prisoner
(7)    _X_    is not on proper form (must use the court's current form)
(8)    ___    names in caption do not match names in caption of complaint, petition or habeas application
(9)    ___    An original and a copy have not been received by the court. Only an original has been received.
(10)    ___    other: _____

**Complaint, Petition or Application:**
(11)    ___    is not submitted
(12)    ___    is not on proper form (must use the court's current form)
(13)    ___    is missing an original signature by the prisoner
(14)    ___    is missing page nos. ___
(15)    ___    uses et al. instead of listing all parties in caption
(16)    ___    An original and a copy have not been received by the court. Only an original has been received.
(17)    ___    Sufficient copies to serve each defendant/respondent have not been received by the court.
(18)    ___    names in caption do not match names in text
(19)    _X_    other:  The only proper Respondent in a habeas corpus action is Applicant's current warden, superintendent, jailer or other custodian.

Accordingly, it is

ORDERED that the clerk of the court commence a civil action in this matter. It is

FURTHER ORDERED that the Applicant cure the deficiencies designated above

**within thirty (30) days from the date of this order**. Any papers which the Applicant

files in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that the clerk of the court mail to the Applicant, together

with a copy of this order, two copies of the following forms:  Prisoner's Motion and

Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 in a Habeas Corpus Action

and Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241.  It is

FURTHER ORDERED that, if the Applicant fails to cure the designated

deficiencies **within thirty (30) days from the date of this order**, the application and

the action will be dismissed without further notice.  The dismissal shall be without

prejudice.

DATED at Denver, Colorado, this ___30th___ day of ___November___, 2009.

BY THE COURT:

_____

BOYD N. BOLAND
United States Magistrate Judge

3

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No.   **09CV02789**

Frederick D. Deberry
Reg No. 09303-042
US Penitentiary ADX
P.O. Box 8500
Florence, CO 81226-8500

      I hereby certify that I have mailed a copy of the **ORDER and two copies of the Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 in a Habeas Corpus Action and Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 forms** to the above-named individuals on _12 -1-09_

GREGORY C. LANGHAM, CLERK

By _____
                  Deputy Clerk